**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  Plaintiff/Respondent, | § § § | |
| V. | § § | CR. No. C-04-378  C.A. No. C-07-350 |
| MARTINDALE F. McLYMONT,  Defendant/Movant. | § § | |

**FINAL JUDGMENT**

The Court enters final judgment denying defendant Martindale F. McLymont's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 27th day of February, 2008.

_____
Janis Graham Jack
United States District Judge